NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**MARGARET A. LAGUERRA,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

———————————

2013-3152

———————————

Petition for review of the Merit Systems Protection Baord in No. DC0752120395-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of the petitioner's motion for an extension of time to file her brief,

IT IS ORDERED THAT:

The motion is granted to the extent that the petitioner's opening brief (form enclosed) is due within 60 days of the date of filing of this order, or within 21 days of the date of service of the certified list, whichever is later.

LAGUERRA V. TREASURY                                                    2


                                        FOR THE COURT


                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk


s21